FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 11 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MORRIS NELSON, *Individually and on Behalf of All Other Persons Similarly Situated*,

    Plaintiff,

v.

FIRST TRANSIT, INC.,

    Defendant.

Civil Action No. 1:11-cv-04366-NG-RML

**CONSENT TO JOIN COLLECTIVE ACTION PURSUANT TO FAIR LABOR STANDARDS ACT, 29 U.S.C. § 216(b)**

By my signature below, I hereby consent and agree to pursue my claims arising out of unpaid overtime wages for work as a Customer Information Agent Supervisor at First Transit's call center located at 33-00 Northern Boulevard, 8th Floor, Long Island City, NY 11101-2215, under the Fair Labor Standards Act in connection with this lawsuit.

✓ I hereby designate the law firm THE HARMAN FIRM, P.C., 200 West 57th Street, Suite 900, New York, New York 10019, as my attorneys in this action, and I authorize the Plaintiff and his attorneys to act as my agents to make decisions on my behalf concerning the method and manner of conducting this suit, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

____ I wish to proceed with alternate counsel of my choosing.

_Gregory A. Robinson_
Signature (sign your name)

_Gregory A. Robinson_
Print Name

_646-460-1620_
Telephone Number

_8016 Arlington Expressway_
Street Address

_Jacksonville, FL 32211_
City, State, Zip Code

_4/8/2013_
Date Signed

---

**THE LAST DAY TO FILE THIS CONSENT FORM IS APRIL 13, 2013. *CONSENT FORMS FILED AFTER APRIL 13, 2013 WILL BE REJECTED UNLESS GOOD CAUSE IS SHOWN FOR THE DELAY***

IF YOU WISH TO FILE A CLAIM FOR UNPAID OVERTIME UNDER THE FEDERAL FAIR LABOR STANDARDS ACT, YOU MUST MAIL THE ENCLOSED CONSENT TO JOIN FORM POSTMARKED BY APRIL 13, 2013 TO:

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

Gregory A. Robinson
King's Inn Hotel, RM 249
c/o Gregory A. Robinson
8016 Arlington Expressway
Jacksonvill, FL 32211

JACKSONVILLE FL 322

08 APR 2013 PM 6 L



Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

11201$1818