

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
1155 Peachtree Street NE
Suite 1000
Atlanta, Georgia 30309-3600
Tel 404 525-8200
Fax 404 525-1173
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DENVER, CO

DETROIT, MI
GREENVILLE, SC
HARTFORD, CT
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI

MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR

PORTSMOUTH, NH
PROVIDENCE, RI
RALEIGH-DURHAM, NC
RICHMOND, VA
SACRAMENTO, CA
SAINT LOUIS, MO
SAN DIEGO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

Direct Dial: (404) 586-1809
Email Address: BARNESJR@JACKSONLEWIS.COM

June 18, 2013

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 21 2013 ★
BROOKLYN OFFICE

**VIA ECF**

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Morris Nelson v. First Transit, Inc.
              CV 11-4366(NG)(RML)

Dear Judge Gershon:

      The parties jointly submit this correspondence to inform the Court of the status of the above-referenced litigation and to jointly request that the Court refer this case to a United States Magistrate Judge for mediation.

      By way of procedural background, the Court conditionally certified an FLSA collective action in this case on February 7, 2013. The period for individuals to join the conditionally certified collected action closed on approximately April 13, 2013. Eight individuals, in addition to Named Plaintiff Morris Nelson, timely joined the conditionally certified collective action.

      At the close of the opt-in period, Plaintiff's counsel and Defendant's counsel conferred regarding the status of the case. The parties discussed settlement and agreed that mediation before a United States Magistrate Judge would significantly aid the parties and reaching a potential resolution of all claims in this case. Accordingly, the parties jointly request that the Court refer this case to a United States Magistrate Judge for mediation.

*[Handwritten notation: Application granted + case respectfully referred to M.J. Levy. So Ordered.
USDJ 6-19-13]*



Attorneys at Law

The Honorable Nina Gershon
Nelson v. First Transit, Inc.
June 18, 2013
Page 2

Thank you for Your Honor's consideration and guidance in this matter.

Very truly yours,

JACKSON LEWIS LLP

Justin R. Barnes

(submitted on behalf of both Plaintiff and Defendant)

JRB/jb

cc: Walker G. Harman, Jr., Esq. (by ECF)
    Wendy Mellk, Esq. (JL-NYC) (by ECF)
    Samantha Abeysekera, Esq. (JL-NYC) (by ECF)

4842-6571-9828, v. 1