UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORRIS NELSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>    Plaintiffs,<br><br> -against-<br><br>FIRST TRANSIT, INC.,<br><br>    Defendant. | Index No. 11 Civ. 4366 (NG)(RML) |

## MOTION TO WITHDRAW AS COUNSEL

  PLEASE TAKE NOTICE, that the undersigned counsel for Defendant, First Transit, Inc. will move this Court, at the United States Courthouse located at 225 Cadman Plaza E, Brooklyn, New York 11201, for an Order: (1) permitting the withdrawal of the appearance on behalf of the Represented Defendant of Samantha Abeysekera effective immediately; and (2) directing the Clerk of the Court to remove Samantha Abeysekera of Jackson Lewis LLP from the ECF/CM service list in this matter.

          Respectfully submitted,

         JACKSON LEWIS LLP
          666 Third Avenue
          New York, New York 10017
          (212)545-4000

         By: *s/*Samantha Abeysekera_____
          Samantha Abeysekera, Esq.

         ATTORNEY FOR DEFENDANT

Dated: July 8, 2013

         It is SO ORDERED this

         _____ day of _____, 2013

         _____