# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

September 5, 2013

**VIA ECF**
Hon. Robert M. Levy
United States District Court for the
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Nelson v. First Transit*,
               11 CV 4366 (NG)(RML)

Dear Magistrate Judge Levy:

      The parties jointly submit this letter. On August 9, 2013, the parties previously reported to the Court that they had reached a settlement in principle and were in the process of finalizing a written settlement agreement. We are pleased to jointly report the completion of that process.

      On August 12, 2013, the Court issued an Order scheduling a telephone conference for September 26, 2013, at 4:30 p.m. In anticipation of that call, the parties enclose a copy of the fully executed settlement agreement (*see Exhibit A*), as well as a proposed order approving the terms of the settlement, and dismissing this action with prejudice (*see Exhibit B*).

      The parties respectfully request the Court's guidance as far as proceeding with the settlement review process. In particular, the parties would welcome any guidance regarding any additional materials that may need to be prepared for the Court's review.

      The parties intend to work collaboratively and expeditiously with the hope that the settlement agreement will be approved by the Court to allow for full implementation by the parties.

September 5, 2013
Page 2 of 2

      We jointly thank the Court for its time and attention.

                              Respectfully submitted,
                              THE HARMAN FIRM, PC


                              _____s/_____
                              Walker G. Harman, Jr. [WH-8044]


Encls.

cc:      Justin R. Barnes, Esq. (via ECF)
           Wendy J. Mellk, Esq. (via ECF)
           Morris Nelson (via email)