UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORRIS NELSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>FIRST TRANSIT, INC.,<br><br>      Defendant. | Civil Action No. 1:11-cv-4366-RML |

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' request for approval of the Settlement Agreement. The Court has reviewed the terms of the Settlement Agreement and finds that the Settlement Agreement is in all respects fair, equitable, and reasonable. The Court finds that the Settlement Agreement was the result of adversarial, arm's-length negotiations between the parties and was not the product of collusion. Accordingly, the settlement agreement is **APPROVED** and this action is **DISMISSED with prejudice**. Attorneys' fees and costs shall be paid to Plaintiffs' counsel as set forth in the Settlement Agreement. Judgment is hereby entered dismissing this action with prejudice. Except as otherwise stated in the Settlement Agreement, the parties shall bear their own costs and attorney's fees.

  SO ORDERED THIS _____ DAY OF _____, 2013

                _____
                MAGISTRATE JUDGE ROBERT M. LEVY