UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORRIS NELSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FIRST TRANSIT, INC.,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:11-cv-4366-RML |

## STIPULATION OF DISMISSAL WITH PREJUDICE

On September 20, 2013, the Court approved the terms of the parties' proposed settlement. Defendant has complied with its obligations under the settlement agreement. Accordingly, the parties stipulate and agree that all claims in this action should be **DISMISSED with prejudice**. The parties also stipulate and agree that, except as otherwise stated in the Settlement Agreement, the parties shall bear their own costs and attorney's fees.

Jointly submitted this 5th day of November, 2013.

| Counsel for Plaintiffs: | Counsel for Defendant: |
|---|---|
| */s/ Walker G. Harman, Jr.*<br>Attorney for Plaintiffs<br>THE HARMAN FIRM, PC<br>200 West 57th Street, Suite 900<br>New York, NY 10019<br>(212) 425-2600<br>(212) 202-3926 (fax)<br>Email: wharman@theharmanfirm.com | */s/ Justin R. Barnes*<br>Justin R. Barnes<br>Georgia Bar No. 105220<br>Attorney for Defendant<br>JACKSON LEWIS LLP<br>1155 Peachtree St N.E. Ste 1000<br>Atlanta, Georgia 30309<br>(404) 525-8200<br>(404) 525-1173 (fax)<br>Email: barnesjr@jacksonlewis.com |

1